# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| JARED KREISS, | : | No. 515 MAL 2019 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| MAIN LINE HEALTH, INC., MAIN LINE | : | |
| HOSPITALS, INC., AND PAOLI HOSPITAL, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 4th day of February, 2020, the Petition for Allowance of Appeal is **DENIED**.